

One Penn Plaza
Suite 2430
New York, NY 10119
T  212.239.1114
F  917.398.1217

**DANIEL KNOX**
Managing Attorney
dknox@knoxlaw.nyc

December 26, 2018

**VIA ECF**

Hon. Vera M. Scanlon
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Liao v. Lake Pavilion Inc., et al*
     1:18-cv-05266-DU-VMS

Dear Judge Scanlon:

Per this Court's Order dated December 19, 2018, this letter is provided to explain my absence from the conference held that day.  Due to an apparent calendaring error, I was unaware on the morning of December 19th that the conference was taking place.

Ultimately, the error stems from my oversight of the scheduling order contained within the November 20, 2018 Order granting the Motion for Extension of Time to Answer (Doc. No. 12).  I also note that the absence would have been avoided had I received a confirmation of the date from plaintiff's counsel, as directed by the Court in the scheduling order.

My sincerest apologies to the Court for this oversight.  I take full responsibility and assure that I will be more diligent to avoid similar occurrences in the future.

Very truly yours,

/s/ Daniel Knox