

One Penn Plaza
Suite 2430
New York, NY 10119
T  212.239.1114
F  917.398.1217

**DANIEL KNOX**
Managing Attorney
dknox@knoxlaw.nyc

March 15, 2019

**VIA ECF**

Hon. Vera M. Scanlon
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Liao v. Lake Pavilion Inc., et al.*
      1:18-cv-05266-DU-VMS

Dear Judge Scanlon:

This office represents the defendants in the above referenced matter. This letter is respectfully submitted to request that this Court accept for consideration the nominally tardy opposition memorandum filed by Defendants to Plaintiff's motion for conditional certification of a collective action (Doc No. 17).

By Order dated February 28, 2019, Judge Dora Lizette Irizarry issued an Order directing Defendants to file their opposition papers by March 14, 2019.  Unfortunately, defense counsel experienced technical difficulties when attempting to upload the document last night and was unable to make the submission until this morning.

As Plaintiffs have not been prejudiced by the nominal delay, we respectfully request that the deadline be extended to the extent necessary for Defendant's papers to be considered on the motion.

Very truly yours,

Daniel Knox